UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

March 27, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

APRIL DAWN DEAN,

      Defendant.

Case No.  2:26-mj-00035-AC

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  APRIL DAWN DEAN ,

Case No.  2:26-mj-00035-AC , Charge 18 USC § 3606, from custody for the following

reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

    X   Unsecured Appearance Bond $   33,000.00 _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other):  The defendants' release is delayed until 03/30/2026 at 9:00

AM.

Sacramento County Jail is further ORDERED to release the defendant with a

30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on March 27, 2026, at 3:30 PM.

By:  _____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE