HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
APRIL DAWN DEAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>APRIL DAWN DEAN,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:26-mj-00035-AC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE**<br><br>Judge: Hon. Alison Claire |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United State Attorney Cameron Desmond, counsel for the United States, and Assistant Federal Defender Noa Oren, counsel for Defendant April Dean that Ms. Dean's conditions of release be temporarily modified so that she can travel to the Western District of Virginia from April 6, 2026 through April 13, 2026 in order to appear in court on April 9, 2026.

Ms. Dean was ordered released from custody onto pretrial supervision on March 30, 2026.  Dkt. 4.  The conditions of her release require her to participate in location monitoring, home detention and a curfew.  *See* Dkt. 5.  Ms. Dean was also ordered to appear in court in the Western District of Virginia on April 9, 2026, at 10 a.m.  Dkt. 4.  She now seeks temporary modification of her conditions to allow her to travel overnight via car to appear in person in

Virginia.  Both Pretrial Services and the government agree to this modification, and Ms. Dean has provided all details of her travel to her pretrial services officer.

Specifically, the parties request that the Court order that Ms. Dean's conditions be temporarily modified so that she may travel overnight and outside the Eastern District of California to the Western District of Virginia, as permitted by her conditions of pretrial release, from April 6, 2026 through April 13, 2026, in order to attend her initial appearance in that district on April 9, 2026.  All other previously imposed terms and conditions will remain in full force and effect.

Dated: April 6, 2026                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Public Defender

                                        */s/ Noa E. Oren*
                                        NOA E. OREN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        APRIL DAWN DEAN

Dated: April 6, 2026                    ERIC GRANT
                                        UNITED STATES ATTORNEY

                                        */s/ Zachary Malinski for Cameron Desmond*
                                        CAMERON DESMOND
                                        Assistant United States Attorney

Stipulated Request to Modify Conditions of          -2-
Release and [PROPOSED] Order

**[PROPOSED] FINDINGS AND ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby modifies the Order Setting Special Conditions of Release, Dkt. 5, to authorize Ms. Dean to travel overnight and outside the Eastern District of California to the Western District of Virginia, from April 6, 2026 through April 13, 2026, in order to attend her initial appearance in that district on April 9, 2026.

**IT IS SO FOUND AND ORDERED** this 6th day of April, 2026.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulated Request to Modify Conditions of
Release and [PROPOSED] Order

-3-